PROB 12C
(6/16)

Report Date: January 27, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 27, 2020

SEAN F. MCAVOY, CLERK

## Revised Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Keenan Tyrel Seymour-Smith          Case Number: 0980 2:18CR00064-TOR-1

Address of Offender: ███████████  Richland, Washington 99352

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: October 17, 2018

Original Offense:       Crime on Indian Reservation, Residential Burglary, 18 U.S.C. § 1153

Original Sentence:      Prison - 21 months          Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:    Alison L. Gregoire          Date Supervision Commenced: August 7, 2019

Defense Attorney:       Virginia Rockwood           Date Supervision Expires: August 6, 2022

## PETITIONING THE COURT

**PLEASE NOTE:** On September 5, 2019, the original petition requesting a warrant was filed with the Court. This is the REVISED petition updating the criminal allegations reported to the Court outlined in Violation Number 1. The federal warrant remains in place.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by committing the offenses of count 1: second degree kidnaping with aggravating circumstance allegation- multiple current offenses, and notice of domestic violence allegation- intimate partner, and aggravating circumstance allegation- aggravated domestic violence; count 2: second degree kidnaping with aggravating circumstance allegation- multiple current offenses; count 3: felony harassment threat to kill with aggravated circumstance allegation- multiple current and offenses, and notice of domestic violence allegation intimate partner, and aggravating circumstance allegation- aggravated domestic violence; and count 4: fourth degree assault with notice of domestic violence allegation- intimate partner, on or before September 2, 2019.<br><br>On August 20, 2019, the offender signed his Judgement in a Criminal Case stating he understood he was not to commit any additional federal, state, or local crime. |

Prob12C
Re: Seymour-Smith, Keenan Tyrel
January 27, 2020
Page 2

On November 8, 2019, the offender was found guilty by jury in Benton County Superior Court on the above noted offenses, under case number 19-1-01102-03. He was sentenced on November 22, 2019, to 168 months custody with 18 months of community supervision to follow.

Within the Findings of Fact and Conclusions of Law for An Exceptional Sentence, the victim testified she returned home about 11 a.m. and after "some time..... the defendant became highly upset and ripped the keys out of the ignition of her vehicle and threw them through the window above where" her young child, "was strapped into his car seat. This action broke the window and shattered glass onto" her child, who began screaming. The defendant then grabbed the victim by the hair and proceeded to pull "her out of the car and throw her over a nearby retaining wall. She stated that the defendant began hitting her in the face. The defendant then ordered" the victim "to go inside to retrieve his alcohol," and stated, "Go inside unless you want your son to see you get knocked out." The victim testified, "she went back inside because she did not want her son to have to witness anything further." The victim testified, "after a further assault inside her home, the defendant then ordered her into her car and he drove them away. They went to Less Schwab, Wal Mart, Taco Bell and Circle K before the defendant drove to his house in Richland. After they went to Les Schwab, which was closed, the defendant told her he was going to kill her." The victim further testified that the defendant stated, "he would take her into the woods, put her into a body bag, and that no one would find her. When she asked what would happen" to her son, "the defendant told her not to worry about it." The victim testified that, "the defendant repeated his threats to kill her 20-30 times" and that his demeanor was, "mad, aggressive, and he was breathing hard." The victim testified that she begged the defendant "approximately 50 times" to let her and her son go. The victim even offered to "give the defendant all of her money, her car, everything, if he would just let them go." The defendant simply replied "no" to each request. The victim further testified, "the defendant told her that if the cops got behind them, that he wasn't going to stop. She explained that this terrified her, as she knew the defendant was drunk, and had already been driving poorly-nearly colliding with other cars on multiple occasions." The victim stated, "based on his statements and his conduct, that she believed if the police tried to intervene, the defendant would take off, wreck the vehicle, and kill everyone." Based upon the information provided, the Judge found, "that there are substantial and compelling reasons justifying an exceptional sentence."

The offender is currently detained and awaiting transport to a Washington State Department of Corrections facility to serve his state prison sentence.

The U.S. Probation Office respectfully recommends the September 5, 2019, be revised to incorporate the information contained in this petition in future proceedings.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/27/2020

s/David L. McCary

David L. McCary
U.S. Probation Officer

Prob12C
Re: Seymour-Smith, Keenan Tyrel
January 27, 2020
Page 3

---

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [x] Defendant to appear before the Magistrate Judge.
- [x] Other : This revised petition replaces the petition docketed on 9/5/2019.

_____
Signature of Judicial Officer
Thomas O. Rice, Chief U.S. District Judge
January 27, 2020
Date